# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS LLC, <br> d/b/a AT&T MOBILITY, <br><br> Plaintiff, <br><br> vs. <br><br> MONROE COUNTY BOARD OF ZONING APPEALS and MONROE COUNTY BOARD OF COMMISSIONERS, <br><br> Defendants. | No. 3:20-cv-01327 NJR |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

    I hereby enter my appearance as counsel for Plaintiff New Cingular Wireless PCS LLC, d/b/a AT&T Mobility.

Dated:  October 13, 2021

Respectfully submitted,

By:  /s/   Cathleen S. Aubuchon
       Cathleen S. Aubuchon     MO # 69946
       Norton Rose Fulbright US LLP
       7676 Forsyth Blvd., Suite 2230
       St. Louis, Missouri 63105
       Telephone: (314) 505-8800
       Facsimile: (314) 505-8899
       cate.aubuchon@nortonrosefulbright.com

Attorneys for Plaintiff